IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES PLAYING CARD COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>  Defendants. | Case No. 22-cv-03211<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Jeffrey Cummings** |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION
AND TO EXTEND THE TEMPORARY RESTRAINING ORDER**

Plaintiff The United States Playing Card Company ("Plaintiff" or "USPC") hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered June 30, 2022. [22]. Plaintiff also moves this Honorable Court to extend the Temporary Restraining Order until there is a ruling on this Motion. In support of its Motion, Plaintiff files herewith a Memorandum of Law and a further Declaration of Isaku M. Begert.

Dated this 25th day of July 2022.                Respectfully submitted,

/s/ Isaku M. Begert
Amy C. Ziegler
Justin R. Gaudio
Isaku M. Begert
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ibegert@gbc.law
khalpern@gbc.law

*Counsel for Plaintiff The United States Playing Card Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of July 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Isaku M. Begert
Amy C. Ziegler
Justin R. Gaudio
Isaku M. Begert
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ibegert@gbc.law
khalpern@gbc.law

*Counsel for Plaintiff The United States Playing Card Company*
