**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES PLAYING CARD COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No. 22-cv-03211<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Jeffrey Cummings** |

**JOINT MOTION TO WITHDRAW MOTION FOR ENTRY OF A PRELIMINARY INJUCNTION AND TO SEVER DEFENDANT KARMAS FAR, INC.**

Plaintiff The United States Playing Card Company ("Plaintiff") withdraws its Motion for Entry of a Preliminary Injunction [28] as to Defendant Karmas Far, Inc. ("Defendant"). Plaintiff and Defendant jointly request that the Temporary Restraining Order [22] be vacated as to Defendant.

Defendant withdraws its pending Motion to Dismiss [44]. Pursuant to Fed. R. Civ. P. 21, the Parties respectfully request that this Court sever Defendant Karmas Far, Inc. into a new case. The Parties request that this Court direct the Clerk to open a new case and place the Complaint [1] on the docket, but list only Defendant Karmas Far, Inc. as a named Defendant. Plaintiff will then pay the filing fee for the new lawsuit, which will be randomly assigned. Plaintiff will file an Amended Complaint as to Defendant in the new lawsuit within twenty-one (21) days of the new lawsuit being opened.

Dated this 7th day of September 2022.                Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
khalpern@gbc.law

*Counsel for Plaintiff*
*The United States Playing Card Company*


/s/ Michael R. La Porte
Michael R. La Porte
Robert P. Greenspoon
Dunlap Bennett & Ludwig PLLC
333 N. Michigan Ave., 27th Floor
Chicago, IL 60601
312.551.9500
mlaporte@dbllawyers.com
rgreenspoon@dbllawyers.com

*Counsel for Defendant Karmas Far, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of September 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
khalpern@gbc.law

*Counsel for Plaintiff The United States Playing Card Company*